# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE TENNESSEE DIVISION

In re:  
    TYLER DEWIGHT LUTTERMAN  
    JESSI LEIGH LUTTERMAN  
    Debtor(s)

Case No. 15-02891-RM3-13

## Chapter 13 Trustee's Final Report and Account

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/28/2015.

2) The plan was confirmed on 06/08/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/08/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/15/2017.

5) The case was converted on 12/22/2017.

6) Number of months from filing to last payment: 33.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,276.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| **Receipts:** | | | | | |
| Total paid by or on behalf of the debtor | | | $13,836.99 | | |
| Less amount refunded to debtor | | | $882.71 | | |
| **NET RECEIPTS:** | | | | | **$12,954.28** |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $451.57 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,261.57** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1305 CLAIM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AMERICAN ESOTERIC LABORATORII | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS AGENT | Unsecured | 687.00 | 686.87 | 686.87 | 27.35 | 0.00 |
| AMERICREDIT FINANCIAL SVCS | Unsecured | NA | 0.00 | 2,121.28 | 106.49 | 0.00 |
| AMERICREDIT FINANCIAL SVCS | Secured | 10,682.00 | 10,771.28 | 8,650.00 | 3,658.28 | 548.16 |
| ASCEND FEDERAL CREDIT UNION | Unsecured | 1,971.00 | 1,908.90 | 1,908.90 | 95.84 | 0.00 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | 150.00 | 150.00 | 150.00 | 5.97 | 0.00 |
| CAPITAL ONE | Unsecured | 1,613.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 526.00 | 526.40 | 526.40 | 17.13 | 0.00 |
| CENTENNIAL EMERGENCY DEPARTM | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| CENTENNIAL EMERGENCY DEPARTM | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| CHECK ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMCAST NASHVILLE | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION NELN | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION NELN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION NELN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION NELN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION NELN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Secured | NA | NA | NA | 0.00 | 0.00 |
| DR DANIEL HIPPS | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| DR GARY A SCHWARTZ | Unsecured | NA | 130.44 | 130.44 | 0.00 | 0.00 |
| DR RONALD A NELSON | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 1,577.00 | 1,637.04 | 1,637.04 | 82.18 | 0.00 |
| HCA HEALTH SVCS OF TN | Secured | 1,347.00 | NA | NA | 0.00 | 0.00 |
| INSOLVE AUTO FUNDING | Secured | 15,833.04 | 15,833.04 | 0.00 | 3,006.21 | 0.00 |
| MIDDLE TENN AUTO MART | Secured | 2,700.00 | NA | NA | 0.00 | 0.00 |
| MINUTE CLINIC OF TENNESSEE | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| MURFREESBORO DERMATOLOGY | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL FITNESS CENTER | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 1,587.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | NA | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)  Case No.  15-02891

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NELNET | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF ST THOMAS | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | NA | 500.00 | 500.00 | 16.27 | 0.00 |
| RADIOLOGY ALLIANCE | Unsecured | 153.00 | 153.00 | 153.00 | 6.09 | 0.00 |
| REDWOOD HOLLOW 8818 | Unsecured | 1,267.00 | NA | NA | 0.00 | 0.00 |
| RITTER REAL ESTATE | Secured | NA | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY AND RI | Unsecured | 630.00 | 666.00 | 666.00 | 26.52 | 0.00 |
| SNAP FITNESS SMYRNA | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| SOLSTAS LAB PARTNERS GROUP LLC | Unsecured | 199.00 | 151.18 | 151.18 | 6.02 | 0.00 |
| ST THOMAS MIDTOWN HOSP | Unsecured | 1,623.70 | NA | NA | 0.00 | 0.00 |
| STONECREST MEDICAL CENTER | Unsecured | 200.00 | 200.00 | 200.00 | 7.96 | 0.00 |
| TENNESSEE STUDENT ASST CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED | Unsecured | 19,069.00 | 21,556.34 | 21,556.34 | 1,082.24 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,650.00 | $3,658.28 | $548.16 |
| All Other Secured | $0.00 | $3,006.21 | $0.00 |
| **TOTAL SECURED:** | **$8,650.00** | **$6,664.49** | **$548.16** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$30,387.45** | **$1,480.06** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,261.57 |
| Disbursements to Creditors | $8,692.71 |
| **TOTAL DISBURSEMENTS** : | **$12,954.28** |

UST Form 101-13-FR-S (9/1/2009)  Case No.  15-02891

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/06/2018          By: /s/ Henry E. Hildebrand, III
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)                                Case No.   15-02891